CATHERINE SHEEHAN, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Sheehan* v. *Board of Education of the City of New York,* 120 App. Div. 557, affirmed.
(Argued October 12, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

July 13, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover an amount claimed to be due plaintiff for services as teacher in a public school.

*Ira Leo Bamberger* and *Sidney Lowenthal* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, Stephen O'Brien* and *Thomas F. Noonan* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.